1  FRASCO CAPONIGRO
   WINEMAN & SCHEIBLE, PLLC
2  J. Christian Hauser (Pro Hac Vice)
3  1668 Telegraph Road, Suite 200
   Bloomfield Hills, MI 48302
4  Telephone: (248) 334-6767
   FAX: (248) 334-0999
5
   GAW VAN MALE SMITH
6  MYERS & MIROGLIO, PLC
   Bruce A. Miroglio (SBN 104716)
7  1000 Main Street, 3rd Floor
   Napa, CA 94559
8  Telephone: (707) 252-9000
9  FAX: 707-252-0792

10 Attorneys for AWG, Ltd.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 | AWG, LTD.,                          | Case No.: C 06 1521 BZ
16 |         Plaintiff,                  |
17 |     vs.                             | **STIPULATION AND [~~PROPOSED~~]**
                                         | **ORDER DISMISSING ACTION**
18 | STANDARD REGISTRAR & TRANSFER       | **WITHOUT PREJUDICE**
19 | COMPANY, INC.,                      |
20 |         Defendant.                  |

21

22
         Pursuant to Fed.R.Civ.P. 41(a), the parties hereby stipulate, subject to the approval of this
23
   Court, that this action be dismissed without prejudice and without costs as to either party.
24

25

26

   Stipulated Order Dismissing Case
   Without Prejudice - 1
   Case No. C 06 1521 BZ

1  Dated: November ___, 2006

3  _____     _____
   J. Christian Hauser                Andrew Wolfe (SBN 114076)
4  Attorneys for Plaintiff            Attorneys for Defendant
   Frasco Caponigro                   Dillingham & Murphy, LLP
5  Wineman & Scheible, PLLC           225 Bush Street, 6th Floor
   1668 Telegraph Road, Suite 200     San Fransisco, CA  94104-4207
6  Bloomfield Hills, MI 48302         (248) 593-9900
   (248) 334-6767

8  Approved and so ordered:

9     Dated:  November 13, 2006

   **IT IS SO ORDERED**
   *Bernard Zimmerman*
   Judge Bernard Zimmerman

   (Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

---

Stipulated Order Dismissing Case
Without Prejudice - 2
Case No. C 06 1521 BZ